```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTIAN R. HYLDAHL,            :   CIVIL ACTION
                                 :   NO. 14-3918
          Plaintiff,             :
                                 :
     v.                          :
                                 :
JANET DENLINGER, et al.,         :
                                 :
          Defendants.            :
```

**O R D E R**

**AND NOW**, this **28th** day of **August, 2015,** for the reasons stated in the accompanying memorandum opinion dated August 28, 2015, it is hereby **ORDERED** that the Motion for Summary Judgment (ECF No. 33) filed by Defendants Janet Denlinger and Endre Balazs is **GRANTED** and the Clerk shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                              **EDUARDO C. ROBRENO,    J.**